JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARBERY LEE WRIGHT,<br><br>          Plaintiff,<br><br>          v.<br><br>CAROLYN COLVIN, Acting<br>Commissioner of Social Security,<br><br>          Defendant. | Case No. CV 13-7104-DFM<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated:  <u>April 24, 2014</u>

                                  _____

                                  DOUGLAS F. McCORMICK<br>                                  United States Magistrate Judge